UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JANE DOE,<br><br>  Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>  Defendant. | No. 2:22-cv-09272-MEMF-AJR<br><br>[~~PROPOSED~~] PROTECTIVE ORDER |

The Court, having read and considered the parties' Stipulation for Protective Order, and for the reasons stated in the Stipulation as well as for good cause shown,

IT IS HEREBY ORDERED that Protected Material, as defined in the Stipulation, may be disclosed by the parties and used pursuant to and in accordance with the Stipulation.

DATED: June 14, 2024

_____
HON. A. JOEL RICHLIN
U.S. MAGISTRATE JUDGE

1